# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff/Respondent,<br>　vs.<br><br>VICTOR SAVCHENKO,<br><br>　　　　　　　Defendant/Petitioner. | CASE NO. 01cr1652 JM<br>CIVIL NO. 07cv0496 JM<br><br>ORDER DENYING MOTION TO VACATE; DENYING MOTION FOR APPOINTMENT OF COUNSEL |
|---|---|

　　On or about March 20, 2007 Defendant/Petitioner Victor Savchenko filed a Motion to Vacate, Set Aside or Correct his sentence pursuant to 28 U.S.C. §2255 and a motion for appointment of counsel to assist him in prosecuting his motion to vacate. The court denies both motions without prejudice as prematurely filed. Pursuant to an <u>Ameline</u> remand issued by the Ninth Circuit, Defendant is currently calendared for further proceedings before this court on July 20, 1987 as part of Petitioner's direct appeal. Consequently, the motions are not yet ripe for adjudication.

　　In sum, the motion to vacate pursuant to 28 U.S.C. §2255 and the motion for appointment of counsel are denied without prejudice as prematurely filed.

　　**IT IS SO ORDERED.**

DATED: May 31, 2007

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: All Parties