# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　vs.<br>VIKTOR SAVCHENKO, et al.,<br><br>　　　　　　　Defendant. | CASE NO. 01cr1652 JM<br><br>ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR TRANSCRIPTS |

　　　In order to prepare a traverse to his motion brought pursuant to 28 U.S.C. §2255, Defendant moves to be provided with a copy of all pretrial, trial, and sentencing transcripts in his case as well as all transcripts from the pretrial, trial and sentencing proceedings of his co-defendants. The court notes that Defendant has already been provided at taxpayer expense two complete copies of his pretrial, trial, and sentencing transcripts for purposes of appeal at taxpayer expense. The court grants the motion in part and denies the motion in part. The motion is granted to the extent Defendant requests transcripts of his pretrial, trial, and sentencing proceedings. The court denies the request for transcripts related to the proceedings of the co-defendants because Defendant fails to make a particularized showing that such transcripts are necessary to adequately prepare a traverse to the §2255 motion.

　　　**IT IS SO ORDERED.**

DATED: May 22, 2009

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1. cc: All parties