# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 01cr1652 JM |
|---|---|
| Plaintiff/Respondent, | CIVIL NO. 07cv0496 JM |
| vs. | ORDER GRANTING EXTENSION OF TIME TO FILE REPLY BRIEF |
| VICTOR SAVCHENKO, | |
| Defendant/Petitioner. | |

    For good cause shown, the court grants Defendant's ex parte motion for an enlargement of time to file a reply brief. Defendant shall file and serve his reply brief by August 28, 2009. The Clerk of Court is instructed to file Defendant's ex parte application nunc pro tunc to July 8, 2009.

**IT IS SO ORDERED.**

DATED: August 6, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties

- 1 -

01cr1652